**[J-44-2018]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MR. WILLIE SINGLATARY, | : | No. 10 EAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order entered on |
| | : | 03/28/2018 in the Commonwealth |
| | : | Court at No. 184 MD 2018. |
| v. | : | |
| | : | SUBMITTED:  April 12, 2018 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| COMMISSIONER MARKS, ET AL., | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 23rd day of April, 2018, appellant's motion to amend is granted and the order of the Commonwealth Court is **AFFIRMED.**